# 878          CASES REPORTED WITH BRIEF SYLLABI.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE KEENAN, Claimant, Respondent, v. DUFORD GARAGE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. RICHARD LAUBERSHEIMER, Claimant, Respondent, v. D., L. & D. CORRUGATED PAPER PRODUCTS COMPANY and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, on the ground that the findings are insufficient under the authority of *Matter of Skouitchi* v. *Chic Cloak & Suit Co.* (230 N. Y. 296) and *Matter of Kolpien* v. *O'Donnell Lumber Co.* (Id. 301), with costs against State Industrial Board. Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ., concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN LAIRD, Dependent Father of JOHN E. LAIRD, Deceased, Claimant, Respondent, v. STERLING OIL COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board, on the authority of *Matter of State Treasurer* v. *West Side Trucking Co.* (233 N. Y. 202) and *Miller* v. *Rochester Gas & Electric Corp.* (206 App. Div. 723). Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH MILLER, Claimant, Respondent, v. MATTHEW J. GORMLEY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

MAY E. Moss, Respondent, v. JOHN W. Moss, Appellant.— Order and judgment unanimously affirmed, with costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk and Hinman, JJ.; McCann, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES McENTEE, Claimant, Respondent, v. THE CITY OF NEW YORK, Appellant.— Award unanimously affirmed, without costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Application of MATTHEW PETERS for Admission to the Bar.— Application denied. Present — H. T. Kellogg, Van Kirk, Hinman and Hasbrouck, JJ.

In the Matter of the Application of the NEW YORK CENTRAL RAILROAD COMPANY for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK and WILLIAM A. PRENDERGAST and Others, as Public Service Commissioners of the State of New York, Being Members of Said Commission.— Order affirmed, with ten dollars costs and disbursements, on the authority of *City of Buffalo* v. *Buffalo Gas Co.* (82 Misc. Rep. 304, 307; affd., on opinion below, 160 App. Div. 914) and *People ex rel. Methodist Episcopal Union* v. *Public Service Commission* (decided by this court without opinion, 186 App. Div. 928). Cochrane, P. J., H. T. Kellogg, Van Kirk and Hinman, JJ., concur; Hasbrouck, J., dissents.